IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR 06-0050 |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL DON ELLISON, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on July 24, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on July 6, 2006, in which defendant consented to the forfeiture of any interest he had or has in the firearms alleged to be subject to forfeiture under the Forfeiture Allegation of the April 19, 2006, Indictment;

AND WHEREAS, on September 5, 2006, September 12, 2006, and September 19, 2006, the United States published notice of the forfeiture in the *Eldora Herald-Ledger*, a newspaper of general circulation in the area the firearms were seized, and of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearms included in the Preliminary Order of Forfeiture entered on July 24, 2006.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to defendant Michael Don Ellison, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

   (a) a Marlin .22 caliber rifle, Model 795, SN#01137327;
   (b) a Sears 20-gauge shotgun, Model 1015350-D, SN#A233806;
   (c) a Beretta .32 caliber pistol, Model 3032 Tomcat, SN#DAA265685; and
   (d) a Texas Defender Bonds Arms 45LC/410 pistol, SN unknown

seized from defendant on or about February 9, 2006, in Ackley, Iowa.

3. That the Bureau of Alcohol, Tobacco, Firearms, and Explosives, is hereby authorized to dispose of the firearms identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5. That the Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

Ordered this 19 day of October 2006.

Linda R. Reade
Judge, U.S. District Court
Northern District of Iowa